

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00259-CV
## NO. 02-16-00260-CV

THE CITY OF FORT WORTH AND                        APPELLANTS
DAVID COOKE, IN HIS OFFICIAL
CAPACITY AS CITY MANAGER

V.

STEPHANNIE LYNN RYLIE,                            APPELLEES
UNITED LAND HOLDING, LTD.,
NORTH TEXAS AMUSEMENTS,
LLC, TEXAS C&D AMUSEMENTS,
INC., BRIAN AND LISA SCOTT
D/B/A TSCA AND D/B/A RIVER
BOTTOM PUB, DSLH, INC.,
PROGRESSIVE AMUSEMENT,
INC., ARS GROUP, INC.,
PARVINDER 'PAUL' SIDHU, ET AL.

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 017-276483-15, 017-276483-15

----------

## MEMORANDUM OPINION[1]

---

[1]*See* Tex. R. App. P. 47.4.

----------

Having considered the petitions for permissive interlocutory appeal[2] of Appellants the City of Fort Worth and David Cooke, in his official capacity as city manager, we deny the petitions.[3]

PER CURIAM

PANEL:  GABRIEL, GARDNER, and WALKER, JJ.

DELIVERED:  August 29, 2016

---

[2]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016); *see also* Tex. R. App. P. 28.3(a), (j).

[3]*See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f).